UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JONATHAN JENKINS,<br><br>       Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC and DOES 1-10, INCLUSIVE,<br><br>       Defendant. | Case No. 2:24-cv-01218-JDP<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME<br><br>Mag.: Jeremy D. Peterson |

Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause shown, it is hereby **ORDERED** that the Defendant Equifax Information Services LLC shall have up to and including May 24, 2024 in which to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: May 28, 2024

                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE